UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY G. AUBRY,<br><br>            Plaintiff,<br><br>     v.<br><br>E. BLANCO, et al.,<br><br>            Defendants. | ) 1:06-cv-00144-OWW-SMS<br>)<br>) ORDER RE: FINDINGS AND<br>) RECOMMENDATION TO DISMISS ACTION<br>) FOR PLAINTIFF'S FAILURE TO PAY<br>) THE $250.00 FILING FEE OR FILE A<br>) COMPLETED IN FORMA PAUPERIS<br>) APPLICATION, FOLLOW A COURT<br>) ORDER, AND PROSECUTE THE CASE<br>) (DOCS. 5, 6)<br>)<br>) ORDER DIRECTING THE CLERK TO<br>) CLOSE THE ACTION |

   Plaintiff filed the instant action on February 9, 2006. However, Plaintiff neither paid the $250.00 filing fee nor filed an application to proceed in forma pauperis. On March 17, 2006, the Court directed Plaintiff within thirty days of service either to file an application to proceed in forma pauperis or to pay the $250.00 filing fee. The Clerk's proof of service shows that the order and a blank in forma pauperis application were mailed to Plaintiff at the address listed in the docket on March 17, 2006. Thereafter, on May 1, 2006, when Plaintiff had failed to file timely an application or pay the fee, the Magistrate Judge filed

1

1  findings and a recommendation that the action be dismissed for
2  Plaintiff's failure to pay the filing fee or file an application
3  to proceed in forma pauperis, comply with an order of the Court,
4  or otherwise prosecute the case. The findings and recommendation
5  were served on the same date on all parties and contained notice
6  that any objections to the findings and recommendations were to
7  be filed within thirty (30) days of the date of service of the
8  order. Over thirty days have passed, but no party has filed any
9  objections.

10     In accordance with the provisions of 28 U.S.C. § 636
11  (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d
12  452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
13  review of the case. Having carefully reviewed the entire file,
14  the Court finds that the report and recommendation are supported
15  by the record and proper analysis.

16     Accordingly, IT IS HEREBY ORDERED that:

17     1. The findings and recommendation filed May 1, 2006, are
18  ADOPTED IN FULL; and

19     2. The action IS DISMISSED without prejudice for failure to
20  prosecute; and

21     3. The Clerk of Court IS DIRECTED to close this action
    because this order terminates the action in its entirety.IT IS SO
22  ORDERED.

23  Emm0d6**Dated:   June 16, 2006**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

2